UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C. individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PHARMAKON SOLUTIONS, LLC AND CHAMPION MEDICAL SOLUTIONS, INC., <br><br> Defendants. | CIVIL ACTION NO. 15-4275 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the Parties, by and through their respective attorneys, and pursuant to FRCP Rule 41(a), hereby stipulate and agree to dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Putative class members' claims are dismissed without prejudice and with each party bearing its own costs. The stipulation of dismissal disposes of the entire action. Defendant counsel's consent is attached hereto as Exhibit A.

Shenkan Injury Lawyers, LLC.

_____
Richard Shenkan, Esq.
*Attorney for Plaintiff*

APPROVED BY THE COURT:
_____ 11/4/15
LAWRENCE F. STENGEL, J.

1

Print | Close Window

Subject: Pharmakon-Mauthe - Dismissal of Mauthe v. Pharmakon Solutions, LLC., et. al., Case No. 5:15-cv-04275-LS
From: "Sarkar, Richik" <rsarkar@mcdonaldhopkins.com>
Date: Thu, Oct 01, 2015 1:16 pm
To: "'rshenkan@shenkanlaw.com'" <rshenkan@shenkanlaw.com>
Attach: image001.jpg

Richard

Per our discussion, you are authorized to file a Stipulation of Dismissal -- dismissing the Action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of alleged class members – and, if required, you may sign my name to same.

Best
Richik

**Richik Sarkar**
Member

McDonald Hopkins
A business advisory and advocacy law firm®

Business Advocate·
a community for collaboration

T: 216.430.2009
C: 216.408.7923
rsarkar@mcdonaldhopkins.com
www.mcdonaldhopkins.com

McDonald Hopkins LLC
600 Superior Avenue
Suite 2100
Cleveland, OH 44114

Chicago • Cleveland • Columbus • Detroit • Miami • West Palm Beach

Copyright © 2003-2015. All rights reserved.


EXHIBIT A